**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6330

LEROY JACKSON,

Plaintiff - Appellant,

versus

AL CANNON, Sheriff; MITCH LUCAS, Chief;
OFFICER WRIGHT; OFFICER WILLIAMS; CHARLESTON
COUNTY DETENTION CENTER; CORPORAL GOODYEAR;
OFFICER RIVERS; OFFICER SINGLETARY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:06-cv-03022-GRA)

Submitted:  June 15, 2007               Decided:  June 21, 2007

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Leroy Jackson, Appellant Pro Se.  Bernard Eugene Ferrara, Jr.,
Joseph Dawson, III, CHARLESTON COUNTY ATTORNEY'S OFFICE, North
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Jackson seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and dismissing his complaint without prejudice and without issuance of service of process as to defendants Charleston County Detention Center, Cannon, Wright, Lucas, Williams, and Goodyear. The complaint was also ordered to be served as to two remaining defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jackson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it is not a final order as to all claims against all defendants. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED